**AFFIDAVIT OF JOHN OLIVEIRA**
**IN SUPPORT OF A CRIMINAL COMPLAINT**

I, John Oliveira, do hereby depose and state as follows:

1. I am a Police Officer with the Somerville Police Department and have been so employed for twenty-four years. In 2000, I was assigned to the Detective Bureau of the Somerville Police Department. In June 2008, I was assigned to the FBI Violent Crimes Task Force ("Task Force"). The Task Force is comprised of personnel from the FBI, Massachusetts State Police, Boston, Somerville, Malden, Braintree, Dedham and Saugus Police Departments. The Task Force investigates bank robberies, as well as violent crimes, which are punishable under federal and state law.

2. During my tenure as a law enforcement officer, with both the Somerville Police Department and the Task Force, I have interrogated numerous defendants, informants, and suspects who were users, sellers and/or distributors of controlled substances and who also had violent criminal records. I have additionally been involved in numerous investigations involving assaults, larcenies, extortion, arson, firearms violations, armed and unarmed robberies, prostitution, homicides and crimes against persons. Since joining the Task Force, I have investigated or assisted with hundreds of bank robbery investigations. I have

been the affiant in multiple search warrants, both State and Federal.

3. I am aware that Title 18, United States Code, Sections 2113(a) and (d) makes it a crime for anyone by force and violence, or by intimidation, to take, or attempt to take, from the person or presence of another, any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of any federally insured bank and in committing such offense to assault or put in jeopardy the life of any person by the use of a dangerous weapon. I am further aware that Title 18, United States Code, Section 924(c)(1)(A)(ii)makes it a crime to use or carry a firearm during and in relation to a crime of violence.

4. I make this affidavit in support of a criminal complaint charging Caio Costa ("Costa") (DOB xx/xx/1995) with the armed robbery of a branch of the Salem Five Bank ("the Salem Five") located at 2171 Main Street, Tewksbury Massachusetts, on September 25, 2020. On the date of the robbery, the Salem Five was insured by the Federal Deposit Insurance Corporation. The facts stated herein are known to me through the investigation and through observations made by others with whom I have spoken. This affidavit does not contain all the facts known to me but rather only those which are sufficient to establish probable cause that Caio Costa committed the above-mentioned armed bank

robbery and did use and possess a deadly weapon during the commission of the robbery.

## OVERVIEW OF THE INVESTIGATION

5. The Federal Bureau of Investigation and local police departments are conducting a criminal investigation in connection with possible violations of, among other statutes, Title 18 United States Code Sections 2113(a) and (d); armed bank robbery.  Between August 28, 2020 and September 25, 2020, four armed robberies occurred at federally insured banks in Middlesex County ("the banks").  The robbery suspect in each of these robberies appears to be the same individual ("the robber").  Law enforcement investigators believe the suspect to be the same individual based on manner and method in the robberies and the consistent characteristics and physical descriptions recorded on video surveillance and described in witness statements.  In each of these robberies the robber entered the bank wearing all black clothing including a blacked out motorcycle helmet, an American flag bandanna under the helmet, black gloves, and carrying a black backpack.  Once inside the banks, the robber brandished what appears to be a black revolver and ordered the tellers to give him money.  The robber then exited and drove away on a black motorcycle. The tellers have described the robber as approximately 5'7" – 5'10" tall and weighing approximately 200 pounds.

**THE CHARGED ROBBERY**

6. Although I believe that the same individual is responsible for all four of these robberies, I submit this affidavit in support of a criminal complaint charging violations relating to the following robbery:

**SALEM FIVE BANK, SEPTEMBER 25, 2020**

7. On Friday, September 25, 2020, at approximately 5:54 p.m., an individual ("the robber") entered a branch of the Salem Five Bank, located at 2171 Main Street, Tewksbury, Massachusetts.  The robber entered the bank, brandished what appeared to be a black revolver, approached a teller and stated words to the effect, "good evening ladies."  The teller stated that the robber then stated, words to the effect, "give me all your money, and I'm not leaving here without the hundreds."  The teller then proceeded to remove cash from her drawer and handed it to the robber, who then exited the bank.

8. Following the robbery, the teller and other bank employees who interacted with the robber were interviewed.  The employees described the robber as a heavy-set male, approximately 5'7"-5'10" tall, wearing dark clothing, a motorcycle helmet, an American flag bandanna, black gloves, and that he was carrying a black backpack.

9. The bank's interior surveillance cameras were functioning and operating on the date of the robbery.  The

surveillance cameras captured images of the robber wearing dark clothing, and a motorcycle helmet entering the bank and interacting with the tellers.  The bank's exterior surveillance cameras captured images of the robber circling the bank on a black motorcycle prior to entering the bank.

   10. A post-robbery audit determined that the robber had taken $7,280.00 in United States currency during the robbery.

### THE PURSUIT OF THE BLACK MOTORCYCLE

   11.  Following the robbery, a witnesses known to law enforcement, stated that he observed the robber fleeing the bank on a black motorcycle at a high rate of speed.  The Tewksbury Police Department issued a "Be on the Look-out" alert ("BOLO") for the motorcycle and the robber. A short time later, a Tewksbury Officer who had received the BOLO, observed a black motorcycle fitting the description from the BOLO in traffic on Main Street in Tewksbury.  The Officer activated his blue lights and attempted to stop the motorcycle.

   12.  The motorcycle pulled out of traffic and continued on the roadway accelerating at high-rates of speed, estimated to be between 80-100 miles per hour, driving through stop signs and red lights, and weaving in and out of traffic eventually entering the city of Lawrence.  The motorcycle, now in Lawrence, eventually crashed into the rear of a black truck and the operator fled the scene wearing the black motorcycle helmet.

13. A short time later law enforcement officers located a motorcycle helmet and a shirt in a residential yard near the Lawrence crash site. Both items were seized and taken into custody

14. At the scene of the motorcycle crash law enforcement officers noted that no registration plate was attached to the motorcycle, a 2020 Honda CBR600. Law enforcement were able to obtain the motorcycle's VIN number and later determined that the motorcycle was recently purchased by an individual with the initials B.C., who has a residential address in Methuen MA.

### THE IDENTIFICATION AND ARREST OF CAIO COSTA

15. On Saturday, September 26, 2020 at approximately 1:00 p.m., I was contacted by Detective Lieutenant Brian Farnum ("Detective Farnum") of the Tewksbury Police Department, who informed me B.C. had just reported his motorcycle stolen with the Methuen Police Department.  B.C. was asked to come in to the Methuen Police station for an interview to discuss his stolen motorcycle.

16. On Saturday September 26, 2020, B.C. arrived at the Methuen Station and consented to an interview.  B.C. was advised that he was not a suspect in the recent string of bank robberies.  B.C. initially stated that his motorcycle was stolen.  B.C. was then shown surveillance pictures of the recent bank robberies and identified Caio Costa as the robber. B.C.

stated that the firearm in these photographs was a "real firearm" that belonged to Costa, and that he, B.C. had seen Costa with it on other occasions. B.C. was also shown surveillance pictures of the motorcycle and stated that the motorcycle was his.

17. B.C. also stated that he had recently received a voice message on his cell phone from Costa.  I listened to the voice message. In the voice message a person, identified by B.C. as Costa stated in substance, "Brother you can't say that I was riding it.  It was just stolen from the house that's all.  All right brother.  I am sorry that all this bullshit is going down but we got to stick to the story we got to stick to a game plan. Don't worry too much about it everything is going to be good. We're going to be covered. Thank god."

18. On September 26, 2020, law enforcement officers arrested Costa without incident as he was exiting a hotel in New Hampshire and entering his silver Ford pickup truck. Costa was transported to the Salem, NH Police Department where he was processed and agreed to be interviewed.  During his booking, law enforcement noted that Costa had numerous injuries to his knees, legs and foot.  I believe these injuries to be consistent with "road-rash"-type injuries that one might sustain in a motorcycle accident. After being advised of his Miranda rights, Costa indicated he would speak to law enforcement.  Costa denied any

involvement in the robberies and stated he was never on a motorcycle.  At this point, the interview was terminated.

19. Search warrants were later obtained in New Hampshire for Costa's silver Ford pickup truck and the room law enforcement had observed Costa exiting in the hotel. Law enforcement located and seized large sums of US currency and a cell phone

### THE CONFESSION OF CAIO COSTA

20. On Monday, September 28, 2020 at approximately 7:00 p.m., I was contacted by Detective Farnum, who stated Costa was transported from the Salem, NH Police Department to the Tewksbury Police Department.  While at the Tewksbury Police Department, Costa asked to speak with the officers involved in his arrest.

21.  On Monday September 28, 2020, at approximately 8:30 p.m. Detective Farnum, Lieutenant Robert Stephens of the Tewksbury Police Department, and I interviewed Costa. Prior to the interview, Costa was advised of him Miranda warnings.  The interview was both audio and video recorded. During the interview, Costa confessed to robbing the Eastern Bank, 265 Chelmsford Street, Chelmsford MA on August 28, 2020; the People's United Bank, 10 George Street, Lowell, MA on September 18, 2020; the Reading Co-Op, 230 Lowell Street, Wilmington on September 18, 2020; and the Salem Five Bank, 2171 Main Street,

Tewksbury on September 25, 2020. During the interview, Costa also directed law enforcement officers to the location where he discarded the firearm and several articles of clothing after the September 25, 2020 robbery of the Salem Five Bank in Tewksbury.

22. On Monday September 28, 2020, at approximately 9:30 p.m. Detective Farnum and I, along with several law enforcement officers conducted a search of a dumpster located at the location provided by Costa. A large black garbage bag that contained a black backpack, a .22 caliber black revolver, an American flag bandanna, and several articles of clothing which matched the description of the clothing worn by the robber during the September 25, 2020 robbery were located and recovered.

**THIS SECTION LEFT INTENTIONALLY BLANK**

## CONCLUSION

23. Based on the foregoing, I submit there is probable cause to believe that on September 25, 2020, Caio Costa, by force and violence, and by intimidation took from the person and presence of another, money in the care, custody, control, management and possession of the Salem Five Bank, a bank insured by the Federal Deposit Insurance Corporation, and in committing such offense did assault and put into jeopardy the life of another by the use of a dangerous weapon, that is a .22 caliber revolver, in violation of 18 U.S.C. §§ 2113(a) and (d); and that Costa did use and carry a firearm during and in relation to the commission of such crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A).

/s/ John Oliveira
JOHN OLIVEIRA
TASK FORCE OFFICER, FBI
Sworn telephonically pursuant
To Fed.R.Crim.P.41(d)(3)

SUBSCRIBED and SWORN to telephonically in accordance with
Federal Rule of Criminal Procedure 4.1 on
this 13th day of October 2020



HON. MARIANNE B. BOWLER
United States Magistrate Judge